**STATE of Missouri, Respondent,**

v.

**Ernest LAMASTUS, Appellant.**

No. 71152.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 23, 1997.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Assistant Attorney General, Jefferson City, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

ORDER

PER CURIAM.

Appellant, Ernest Lamastus, appeals the judgment of conviction entered by the Circuit Court of Washington County after a jury found him guilty of rape, RSMo section 566.030 (1994), and sodomy, RSMo section 566.060 (1994). We affirm.

We have reviewed the briefs of the parties, the legal file and the transcript. An extended opinion would serve no jurisprudential purpose. We affirm the trial court pursuant to Rule 30.25(b).